**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 02-21007
Summary Calendar

ERIC L. STEVENS,

Plaintiff-Appellant,

VERSUS

GOODYEAR TIRE & RUBBER COMPANY, also
known as Goodyear Chemical,

Defendant-Appellee.

Appeal from the United States District Court
For the Southern District of Texas, Houston Division
H-01-CV-1371

February 21, 2003

Before DAVIS, WIENER and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

For essentially the reasons stated in the district court's careful memorandum and order of July 31, 2002, we agree that Stevens' summary judgment evidence failed to establish a prima facie case that he was "disabled" within the meaning of the ADA.

The judgement of the district court is therefore

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.